**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WISELY PRODUCTS LLC,

                  Plaintiff,

      -against-

HSBC BANK, USA, N.A. et al.,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 1 2 2021

ORDER

20 Civ. 8205 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's request for a one-week extension of time until February 19, 2021 to respond to

Defendant HSBC Bank USA, N.A.'s motion to dismiss is GRANTED. Defendant HSBC Bank

USA, N.A.'s request for a corresponding one-week extension to file its reply is GRANTED.

Dated: New York, New York
      February 12, 2021

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge