**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x

WISELY PRODUCTS LLC,

                       Plaintiff,

-against-

HSBC BANK USA, N.A. and JOHN
DOES 1-5, *said names being fictitious
as the unknown account holder(s) with
co-defendant*,

                       Defendants.
------------------------------------- x

ORDER

20 Civ. 8205 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled for June 30, 2021 at 9:30 am is hereby cancelled. An oral argument on Defendants' Motion to Dismiss the Amended Complaint, (ECF 28), is scheduled for June 2, 2021 at 11:00 am.

Dated: May 12, 2021
       New York, New York

                                                 SO ORDERED.

                                                 *George B. Daniels*
                                                 GEORGE B. DANIELS
                                                 UNITED STATES DISTRICT JUDGE